UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cleveland Cox
v.
Matthew Mackowiak, et.al

Case No. 1:12-cv-07564
Judge: Mary M. Rowland

**FILED**
SEP 15 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear: Honorable Judge Rowland

    I, Cleveland Cox, Pro Se was just inform that Pinckneyville Correctional Center is not going to release me until 10-14-14. Please could you have the defendant Matt Mackowiak, et.al schedule me a telephone interview when they depose of Dr. Emil Crombey. Please also reschedule the case that is set for status on 10-15-14.

Respectfully Submitted,
Cleveland Cox
Pro Se

# Certificate of Service

I, Cleveland Cox, swear under penalty of perjury that I served a copy of the attached document to officer Matthew Maclowiak attorney:

Lindsey Vanokny
Assistant Corporation Counsel
City of Chicago, Department of law
30 North LaSalle Street, Suite 900
Chicago IL, 60602

By placing it in the mail at the Pinckneyville Correctional Center on September 11, 2014.

Cleveland Cox
Pro Se