UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CLEVELAND COX,                          )
                                        )
            Plaintiff,                  )       Case No.: 12-cv-7564
                                        )
v.                                      )       Hon. Judge Jorge L. Alonso
                                        )
OFFICER MATT MACKOWIAK and              )       Magistrate Judge Mary M. Rowland
CHICAGO POLICE DEPARTMENT,              )
                                        )
            Defendants.                 )

## NOTICE OF MOTION

TO:     See attached Service List

        YOU ARE HEREBY NOTIFIED that on Thursday, July 9, 2015 at 9:30 A.M.., or as soon
thereafter as counsel may be heard, I shall appear before the Honorable Jorge L. Alonso in Room 1700,
Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, 60604,
and then present the attached Motion for Relief from Assignment, a copy of which is attached, at which
time you may appear if you see so fit.

                                        DREYER, FOOTE, STREIT,
                                        FURGASON & SLOCUM

                                        By     /S/  Michael W. Huseman
                                               Michael W. Huseman

## PROOF OF SERVICE

I, Michael W. Huseman, at attorney, certify that pursuant to Section II, B, 4 of the Administrative
Procedures for the Case Management/Electronic Case Filing System, service of the above Notice and
Motion on all persons identified as Registrants on the Service List attached, was accomplished through
the Court's Electronic Notice for Registrants, and through regular mail for non-registrants, before the
hour of 5:00 P.M., Thursday, July 2, 2015.

                                        By        /S/  Michael W. Huseman

Michael W. Huseman
DREYER, FOOTE, STREIT,
FURGASON & SLOCUM
1999 West Downer Place
Aurora, IL 60506
Tele: 630/897-8764
Fax:  630/897-1735
mhuseman@dreyerfoote.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CLEVELAND COX,                      )
                                    )
            Plaintiff,              )        Case No.: 12-cv-7564
                                    )
v.                                  )        Hon. Judge Jorge L. Alonso
                                    )
OFFICER MATT MACKOWIAK and          )        Magistrate Judge Mary M. Rowland
CHICAGO POLICE DEPARTMENT,          )
                                    )
            Defendants.             )

## MOTION OF MICHAEL W. HUSEMAN FOR RELIEF FROM ASSIGNMENT TO REPRESENT PLAINTIFF, CLEVELAND COX, PURSUANT TO LR83.38(2)

NOW COMES, Michael W. Huseman ("Huseman") pursuant to LR83.38(2), and hereby seeks relief from the order of assignment (Doc. #119). In further support thereof, Huseman states as follows:

1.      Huseman practices primarily bankruptcy and commercial litigation at the law firm of Dreyer, Foote, Streit, Furgason, & Slocum, P.A., located in Aurora, Illinois.

2.      On or about September 15, 2008, Huseman was admitted to the Trial Bar of the United States District Court for the Northern District of Illinois in order to handle contested matters and adversary proceedings in bankruptcy court. Since that date, Huseman has appeared of record in approximately 125 cases in bankruptcy court, while only appearing of record in six cases in United States District Court, which were primarily commercial matters.

3.      Pursuant to Rule 1.1 of the Illinois Rules of Professional Conduct, Huseman does not possess the requisite knowledge and skill to handle a civil rights lawsuit due to the relative complexity and specialized nature of the matter, combined with his general inexperience and lack of training in the area of civil rights law.

WHEREFORE, Michael W. Huseman, moves for the entry of an order relieving him from the assignment in this matter, and for any other relief deemed fair and reasonable by this Honorable Court.

DREYER, FOOTE, STREIT,
FURGASON & SLOCUM

By /s/ Michael W. Huseman

Michael W. Huseman
Attorney No. 06280259
DREYER, FOOTE, STREIT,
FURGASON & SLOCUM
1999 West Downer Place
Aurora, IL 60506
Tele: 630/897-8764
Fax: 630/897-1735
mhuseman@dreyerfoote.com

<u>**SERVICE LIST**</u>

**Registrants served through the Court's electronic notice for registrants**

<u>**Attorney for Plaintiff – Terminated 8/21/14**</u>
Cheehyung Esteer Choi
Chicago Lawyers' Committee for Civil Rights Under Law,
LIMITED APPOINTMENT
100 North LaSalle St., Suite 600
Chicago, IL 60602
(312) 630-9744
echoi@clccrul.org

<u>**Attorney for Plaintiff – Terminated 6/16/2015**</u>
Josh M. Kantrow
Lewis Brisbois Bisgaard & Smith LLC
550 W. Adams, Suite 300
Chicago, IL 60661
(312) 345-1718 / (312) 345-1778 (fax)
Josh.Kantrow@lewisbrisbois.com

<u>**Attorney for Matt Mackowiak**</u>
Mary Sara McDonald
Corporation Counsel's Office
30 North LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-8307 / (312) 744-6566 (fax)
mary.madonald@cityofchicago.org / lw09439@cityofchicago.org

Lindsey M. Vanorny
City of Chicago Law Department
Federal Civil Rights Litigation
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 742-0234 / (312) 7446566 (fax)
lindsey.vanorny@cityofchicago.org

<u>**Prisoner Correspondence 8 – Internal Use Only**</u>
Ilnd_PC8@ilnd.uscourts.gov

<u>**Service by Regular Mail**</u>
Cleveland Cox
4848 S. King Drive
Chicago, Illinois 60615