UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Cleveland Cox
                        Plaintiff,

v.                                       Case No.: 1:12−cv−07564
                                              Honorable Jorge L. Alonso

Matt Mackowiak, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 31, 2016:

       MINUTE entry before the Honorable Jorge L. Alonso: For the reasons stated in open court on 8/30/16, defendant's Rule 50(a) motion for judgment as a matter of law on plaintiff's illegal stop claim [149] is granted. Notice mailed by judge 9;s staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.